# CASE ANNOUNCEMENTS

*May 11, 2010*

[Cite as *05/11/2010 Case Announcements*, 2010-Ohio-2046.]

## MOTION AND PROCEDURAL RULINGS

**2010-0526.   Buckingham, Doolittle & Burroughs, L.L.P. v. Healthcare Imaging Solutions, L.L.C.**
Summit App. No. 24699, 2010-Ohio-418. This cause is pending before the court as a discretionary appeal. Upon consideration of appellee's motion to strike notice of appeal and memorandum in support of jurisdiction,

It is ordered by the court that the motion is denied, and appellant shall file a memorandum in response within 30 days of the date of this entry.

**2010-0563.   In re Application of E. Ohio Gas Co.**
Public Utilities Commission, No. 09–458–GA–RDR. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion of the Office of the Ohio Consumers' Counsel for leave to intervene as appellee,

It is ordered by the court that the motion is granted.

## MISCELLANEOUS DISMISSALS

**2009-2136.   State ex rel. Brown v. Strickland.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.